PATTI GOLDMAN (DCB #398565)
KRISTEN L. BOYLES (WSB #23806)
AMANDA W. GOODIN (WSB #41312)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
pgoldman@earthjustice.org
kboyles@earthjustice.org
agoodin@earthjustice.org

*Attorneys for Defendant-Intervenors*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOREST RESOURCE COUNCIL, CARPENTERS INDUSTRIAL COUNCIL, and DOUGLAS COUNTY, OREGON, <br><br> Plaintiffs, <br><br> vs. <br><br> DANIEL M. ASHE, Director, U.S. Fish and Wildlife Service, and KEN SALAZAR, Secretary of Interior, <br><br> Defendants, <br><br> and <br><br> AUDUBON SOCIETY OF PORTLAND, SEATTLE AUDUBON SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, OREGON WILD, CONSERVATION NORTHWEST, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and SIERRA CLUB, <br><br> Defendant-Intervenors. | Case No. 12-111-JDB |

**DEFENDANT-INTERVENORS' MOTION FOR LEAVE TO FILE A SURREPLY**

Defendant-intervenors Audubon *et al.* respectfully ask this Court for leave to file a surreply to the plaintiffs' and federal defendants' replies in support of their joint motion for entry

DEFENDANT-INTERVENORS' MOTION FOR LEAVE
TO FILE A SURREPLY   - 1 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

of consent decree.  Pursuant to LCvR7(m), Audubon's counsel has conferred with plaintiffs' and federal defendants' counsel.  Counsel for plaintiffs' American Forest Resource Council ("AFRC") states that plaintiffs cannot take a position on the motion until they have a chance to review the surreply brief.  Counsel for federal defendants U.S. Fish and Wildlife Service *et al.* (FWS) states that FWS opposes the motion.

A surreply is appropriate where a party needs the opportunity to contest matters introduced for the first time in an opposing party's reply brief.  *See United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc.,* 238 F. Supp. 2d 270, 276-77 (D.D.C. 2002) ("The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply.  The matter must be truly new.") (internal citation and quotation omitted).  AFRC and FWS have separately filed lengthy replies to Audubon's opposition to their joint motion for entry of consent decree.  Their replies—many pages longer than their joint opening memorandum in support—primarily address the jurisdictional issues raised in the first instance by Audubon in its opposition.  *See* AFRC Reply at 1-24; FWS Reply at 1-8.  Because these issues were not initially discussed in the joint opening brief, Audubon has had no opportunity to respond to AFRC's and FWS's arguments in the ordinary course of briefing.  As the jurisdictional questions go to the heart of the Court's ability to review and approve the consent decree, Audubon needs the opportunity to respond to AFRC's and FWS's positions.

Audubon's surreply is attached as Exhibit A, and Audubon asks for the opportunity to submit this response to ensure that the issues associated with this motion are as clear as possible.

DEFENDANT-INTERVENORS' MOTION FOR LEAVE
TO FILE A SURREPLY   - 2 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

Respectfully submitted this 28th day of September, 2012.

        s/ Kristen L. Boyles
PATTI GOLDMAN (DCB# 398565)
KRISTEN L. BOYLES (WSB #23806)
AMANDA W. GOODIN (WSB #41312)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
pgoldman@earthjustice.org
kboyles@earthjustice.org
agoodin@earthjustice.org

*Attorneys for Defendant-Intervenors Audubon Society of Portland, Seattle Audubon Society, Center for Biological Diversity, Oregon Wild, Conservation Northwest, Environmental Protection Information Center, and Sierra Club*

DEFENDANT-INTERVENORS' MOTION FOR LEAVE
TO FILE A SURREPLY   - 3 -

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Washington. I am over 18 years of age and not a party to this action. My business address is 705 Second Avenue, Suite 203, Seattle, Washington 98104.

On September 28, 2012, I served a true and correct copy of:

1. Defendant-Intervenors' Motion for Leave to File a Surreply, including Exhibit A: Defendant-Intervenors' Surreply in Opposition to Consent Decree; and
2. [Proposed] Order Granting Defendant-Intervenors' Motion for Leave to File Surreply.

on the parties listed below:

Mark C. Rutzick
12402 Myra Virginia Court
Oak Hill, VA 20171
(703) 870-7347 | Phone and Fax
markrutzick@rutzick.com
*Attorney for Plaintiffs*

☐ via overnight mail
☐ via first-class U.S. mail
☒ via Court ECF system
☐ via email

Meredith L. Flax
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
**Street Address**:
601 D Street, N.W., Room 3908
Washington, D.C. 20004
(202) 305-0404 | Phone
(202) 305-0275 | Fax
meredith.flax@usdoj.gov
*Attorney for Federal Defendants*

☐ via overnight mail
☐ via first-class U.S. mail
☒ via Court ECF system
☐ via email

I, Catherine Hamborg, declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of September, 2012, at Seattle, Washington.

*[signature]*
Catherine Hamborg

CERTIFICATE OF SERVICE    -1-

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*